IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, | |
| Plaintiff, | 8:21CV334 |
| vs. | |
| MARIA HOLLOWAY, | MEMORANDUM AND ORDER |
| Defendant. | |

On November 4, 2021, the court directed Plaintiff to file a signed Notice of Appeal on or before November 24, 2021 and warned Plaintiff that failure to do so would result in his Notice of Appeal (filing 13) being stricken from the record without further notice and no appeal being processed. (Filing 15.) Plaintiff has failed to submit a signed Notice of Appeal and the various materials he has submitted (filings 16–19) are non-responsive. Accordingly,

IT IS ORDERED that:

1. The Notice of Appeal (filing 13) is stricken from the record as it is unsigned and Plaintiff failed to correct the deficiency as instructed.

2. Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis (filing 12) is denied as moot.

3. No appeal will be processed in this case.

Dated this 29th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge